**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

R.L.C.,                                              : No. 818 MAL 2014
                                                     :
                    Respondent                       :
                                                     : Petition for Allowance of Appeal from the
                                                     : Order of the Superior Court
            v.                                       :
                                                     :
                                                     :
                                                     :
J.M.C.,                                              :
                                                     :
                    Petitioner                       :

## ORDER

**PER CURIAM**

     **AND NOW**, this 8th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.